ROWLAND, Appellant, v. KELLOGG, Respondent. (Supreme Court, Appellate Division, First Department. June 24, 1898.) Action by Nancy Rowland against L. Laflin Kellogg. C.

D. Ridgway, for appellant. A. J. Rose, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.